# EXHIBIT "A"

Case 20-40050    Doc 1    Filed 01/08/20    Entered 01/08/20 15:04:37    Desc Main
Document      Page 1 of 3

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**District of Minnesota**

Case number (if known) _____   Chapter 7

☐ Check if this an amended filing

Official Form 105
# Involuntary Petition Against an Individual                                12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

**Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed**

1. Chapter of the Bankruptcy Code    Check one:
   - ☒ Chapter 7
   - ☐ Chapter 11

**Part 2: Identify the Debtor**

2. Debtor's full name
   - First name: Henry
   - Middle name: J.
   - Last name: Stursberg
   - Suffix (Sr., Jr., II, III):

3. Other names you know the debtor has used in the last 8 years

   Include any assumed, married, maiden, or trade names, or doing business as names.

4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)
   ☐ Unknown
   xxx-xx-5054    OR

5. Any Employer Identification Numbers (EINs) used in the last 8 years
   ☒ Unknown
   EIN _____
   EIN _____

6. Debtor's address

   Principal residence:
   250 S. 17th Street
   Number  Street
   # 901
   Philadelphia PA 19103-0000
   City   State   Zip Code
   Philadelphia
   County

   Principal place of business:
   Number  Street

   Mailing address, if different from residence:
   126 Office Street
   Number  Street
   Big Lake MN 55309-0000
   City   State   Zip Code

Official Form 105                         Involuntary Petition Against an Individual                         page 1
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

Case 20-40050    Doc 1    Filed 01/08/20    Entered 01/08/20 15:04:37    Desc Main
Document    Page 2 of 3

Debtor  **Henry J. Stursberg**                                   Case number (if known)

|  |  |  |
|---|---|---|
| City | State | Zip Code |

County

**7. Type of business**

☐ Debtor does not operate a business:

*Check one if the debtor operates a business*
☐ use Health Care Business (as defined in 11 U.S.C. § 101(27A)
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)
☒ None of the above

**8. Type of debt**

Each petitioner believes:

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☒ No
☐ Yes

Debtor _____     Relationship _____
District _____   Date filed _____   Case number, if known _____
                            MM / DD / YYYY

Debtor _____     Relationship _____
District _____   Date filed _____   Case number, if known _____
                            MM / DD / YYYY

**Part 3: Report About the Case**

**10. Venue**

Reason for filing in this court.

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Morrison Sund PLLC | Attorney's Fees | $189,339.33 |
|  | Total | $189,339.33 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim,

Debtor   **Henry J. Stursberg**                                             Case number *(if known)*

the petitioner's representative, and the attorney following the format on this form.

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| /e/ Matthew R Burton | /e/ Matthew R. Burton |
| Signature of petitioner or representative, including representative's title | Signature of attorney |
| **Morrison Sund PLLC** | **Matthew R. Burton**    210018 |
| Printed name of petitioner | Printed name |
| Date signed _____ | **Morrison Sund PLLC** |
| MM / DD / YYYY | Firm name, if any |
| | **5125 County Road 101, Suite 200** |
| | Number   Street |
| Mailing address of petitioner | **Minnetonka MN 55345-0000** |
| **5125 County Road 101, Suite 200** | City   State   Zip Code |
| Number   Street | Date Signed   01/08/2020 |
| **Minnetonka MN 55345-0000** | MM / DD / YYYY |
| City   State   Zip Code | Contact phone **(952) 975-0050**   Email mburton@morrisonsund.com |
| If petitioner is an individual and is not represented by an attorney: | |
| Contact phone _____ | |
| Email _____ | |
| Name and mailing address of petitioner's representative, if any | |
| **Matthew R. Burton** | |
| Name | |
| **5125 County Road 101, Suite 200** | |
| Number   Street | |
| **Minnetonka MN 55345-0000** | |
| City   State   Zip Code | |