# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HENRY STURSBERG,**<br><br>   Plaintiff,<br><br>   *v.*<br><br>**MORRISON SUND, PLLC,**<br><br>   Defendant. | **CIVIL ACTION**<br><br>**NO. 21-825-KSM** |

## ORDER

**AND NOW**, this 6th day of April, 2022, upon consideration of Defendant Morrison Sund, PLLC's Motion to Dismiss (Doc. No. 6), Plaintiff Henry Stursberg's response (Doc. No. 12), and Defendant's reply (Doc. No. 13), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendant's motion is **GRANTED** and this action is **TRANSFERRED** to the District of Minnesota.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.